## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JANELLE WEISHAAR,            )
                                 )
                Plaintiff,    )
                                 )    Case No. 2:18-cv-02188
vs.                          )
                                 )
WELLS FARGO BANK, N.A.,    )
                                 )
               Defendant.   )
                                 )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

and Defendant stipulate to the dismissal with prejudice of all claims in this action, with each

party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

/s/ *Mark V. Dugan*                      /s/ *Curtis R. Summers*
**Mark Dugan, KS #23897**            **Curtis R. Summers, KS #22063**
**Heather Schlozman, KS #23869**      **Anne Hucker, KS #25878**
**8826 Santa Fe Drive, Suite 307**      **LITTLER MENDELSON, P.C.**
**Overland Park, KS 66212**           **1201 Walnut Street Suite 1450**
**Telephone: 913-322-3528**         **Kansas City, MO 64106**
mark@duganschlozman.com       **Telephone: 816-627-4400**
heather@duganschlozman.com     **Facsimile: 816-627-4444**
                                 csummers@littler.com

**ATTORNEY FOR PLAINTIFF**

                                 **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on January 28, 2019, I filed the foregoing using the Court's CM/ECF filing system, which provided notice to the following:

Curtis R. Summers
Anne Hucker
LITTLER MENDELSON, P.C.
1201 Walnut Street Suite 1450
Kansas City, MO 64106
Telephone: 816-627-4400
Facsimile: 816-627-4444

**Counsel for Defendant Wells Fargo Bank, N.A.**


 /s/ *Mark V. Dugan*